UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

MALIBU MEDIA, LLC,   Case No.: 2:12-cv-00266-JES-DNF

    Plaintiff,

vs.

JOHN DOES 1 - 25,

    Defendants.

_____/

## NOTICE OF SPECIAL APPEARANCE OF COUNSEL AND REQUEST FOR SERVICE OF PAPERS

To:    The clerk of court and all parties of record

Please take notice that William R. Wohlsifer, Esquire, of William R. Wohlsifer, PA, hereby gives notice that I am admitted to practice in this Court, and I appear in this case as counsel for **DOE 24** (IP Address 173.78.205.194), and request that copies of all notices, pleadings, motions and all papers filed with regard to the above styled case and all related proceedings be served on counsel signing below.

The undersigned attorney notifies all parties of record of its limited special appearance on behalf of DOE 24 for the purpose of moving to quash that certain subpoena served on DOE 24's Internet Service Provider, challenging the court's jurisdiction, and seeking a protective order contesting discovery. This is not to be construed as a general appearance by undersigned counsel under Local Rule 2.03(a), or by DOE 24, who has not been served process in this action.

    Respectfully submitted by:

    **WILLIAM R. WOHLSIFER, PA**

    By: /s/ William R. Wohlsifer
        William R. Wohlsifer, Esquire
        Fla. Bar No: 86827

        1100 E Park Ave Ste B  
        Tallahassee, Florida 32301  
        Tel:  (850)219-8888  
        Fax: (866)829-8174  
        E-Mail:  william@wohlsifer.com  
        Attorney for DOE 24

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served on this 10th day of July 2012, via the Court's CM/ECF system to all registered users in this case.

        Respectfully submitted by:

        **WILLIAM R. WOHLSIFER, PA**

By: /s/ William R. Wohlsifer  
     William R. Wohlsifer, Esquire  
     Fla. Bar No:  86827