UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

MALIBU MEDIA, LLC,　　　　　　　　　　Case No.: 2:12-cv-00266-JES-DNF

　　　Plaintiff,
vs.

JOHN DOES 1 - 25,

　　　Defendants.
_____/

**DEFENDANT'S, DOE 24, CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Defendant, DOE 24, by and through the undersigned counsel, hereby discloses the following pursuant to this Court's interested persons order:

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

MALIBU MEDIA, LLC, Plaintiff

JOHN DOES 1 - 25, Defendants

M. Keith Lipscomb, Esquire, Plaintiff's Counsel

Lipscomb, Eisenberg & Baker, PL, Plaintiff's Counsel

William R. Wohlsifer, PA, DOE 24's Counsel

William R. Wohlsifer, Esquire, DOE 24's Counsel

2.) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None known.

3.) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None known.

4.) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

None known.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated this 10th day of July 2012

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served on this 10th day of July 2012, via the Court's CM/ECF system to all registered users in this case.

Respectfully submitted by:

**WILLIAM R. WOHLSIFER, PA**

By: /s/ William R. Wohlsifer
William R. Wohlsifer, Esquire
Fla. Bar No: 86827
1100 E Park Ave Ste B
Tallahassee, Florida 32301
Tel: (850)219-8888
Fax: (866)829-8174
E-Mail: william@wohlsifer.com
Attorney for DOE 24