AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the Northern District of Texas

| Malibu Media, LLC. | Civil Action No: 2:12-cv-00266-JES-DNF |
|---|---|
| *Plaintiff* | |
| v. | UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA |
| John Does 1 - 25, | |
| *Defendants.* | |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: Verizon Internet Services
Legal Compliance
P.O. Box 1001
San Angelo, TX 76902

[X] *Production*: YOU ARE COMMANDED to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

Please produce documents identifying the name, address, and telephone number of the defendant John Does listed in the below chart:

| Doe# | IP Address | Date/Time UTC |
|---|---|---|
| 23 | 108.33.35.150 | 3/11/2012 8:59 |
| 24 | 173.78.205.194 | 5/1/2012 2:27 |
| 25 | 173.78.82.100 | 3/22/2012 8:29 |

| Place: Lipscomb, Eisenberg & Baker, PL<br>2 South Biscayne Boulevard<br>Ste. 3800<br>Miami, FL 33131 | Date and Time:<br>July 16, 2012 @ 9:30 a.m. |
|---|---|

[ ] *Inspection of Premises*: YOU ARE COMMANDED to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|



EXHIBIT A

|  |  |
|--|--|
|  |  |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 5/31/2012

CLERK OF COURT

_____   OR   _____
Signature of Clerk or Deputy Clerk          Attorney's signature

The name, address, e-mail, and telephone number of the attorney representing Plaintiff, who issues or requests this subpoena, are:
M. Keith Lipscomb, Esq., Lipscomb, Eisenberg & Baker, PL, 2 South Biscayne Boulevard, Ste. 3800, Miami, FL. 33131, Telephone: (786) 431-2230, Email: klipscomb@lebfirm.com