UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                            Case No.: 2:12-cv-266-JES-DNF

JOHN DOES 1 - 25

    Defendants.
_____/

**DEFENDANT JOHN DOE 6'S NOTICE OF JOINDER IN
JOHN DOE 3's MOTION TO DISMISS PLAINTIFF'S COMPLAINT
FOR FAILURE TO STATE A CAUSE OF ACTION, MOTION TO DISMISS OR SEVER
DEFENDANTS FOR IMPROPER JOINDER, MOTION TO QUASH THIRD PARTY
SUBPOENA OR, IN THE ALTERNATIVE, MOTION FOR PROTECTIVE ORDER**

Defendant, JOHN DOE 6, hereby files this Notice of Joinder in John Doe 3's Motion to Dismiss Plaintiff's Complaint For Failure To State A Cause Of Action, Motion To Dismiss Or Sever Defendants For Improper Joinder, Motion To Quash Third Party Subpoena Or, In The Alternative, Motion For Protective Order (Doc. 15) ("John Doe 3's Motion"), and states:

1.    JOHN DOE 6 hereby joins in and adopts the arguments set forth in John Doe 3's Motion.

                                                     HOLLAND & KNIGHT LLP

                                                     /s/ Jerome W. Hoffman
                                                     Jerome W. Hoffman
                                                     Florida Bar No. 0258830
                                                     jerome.hoffman@hklaw.com
                                                     Ben Z. Williamson
                                                     Florida Bar No. 0087454
                                                     ben.williamson@hklaw.com

2

                Holland & Knight LLP
                315 South Calhoun Street, Suite 600
                Tallahassee, Florida 32301-1809
                Tel:    850-224-7000
                Fax:   850-224-8832

                **Attorneys for Defendant JOHN DOE 6**

## CERTIFICATE OF SERVICE

     I hereby certify that on July 16, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

                /s/ Jerome W. Hoffman
                Attorney