UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

MALIBU MEDIA, LLC
Plaintiff,

v.

Case No. 2:12-cv-00266-FTM-29DNF

JOHN DOES 1-25,
Defendants.

**NOTICE OF APPEARANCE**

COMES NOW Bradford A. Patrick, Esq., on behalf of John Doe 25, identified by the IP address **173.78.82.100** the above-styled cause of action, and requests that copies of all pleadings, notices, motions, orders, correspondence, discovery, and other papers filed in this cause exclusive of original service be served upon the Law Offices of Bradford A. Patrick, Esq., 3001 North Rocky Point Drive East, Suite 200, Tampa, Florida, 33607, or if via electronic filing, to bap@baplegal.com.

DATED this 23rd day of July, 2012.

 /s/ Bradford A. Patrick
Bradford A. Patrick, Esq.
LAW OFFICE OF BRADFORD A. PATRICK, PA
Attorney for Doe 25
Florida Bar No.: 0529850
3001 North Rocky Point Drive East, Ste 200
Tampa, FL 33607
bap@baplegal.com

## CERTIFICATE OF SERVICE

I certify that on July 23, 2012, I electronically filed the foregoing with the Clerk of the Court by using the *CM/ECF* system for the Service List below and by US Mail otherwise.

/s/  BRADFORD A. PATRICK

## SERVICE LIST

VIA ECF:

**M. Keith Lipscomb**
Lipscomb, Eisenberg & Baker, PL
Penthouse 3800
2 South Biscayne Blvd.
Miami, FL 33131
786/431-2228
Fax: 786/431-2229
Email: klipscomb@lebfirm.com

**Katie Lee Dearing**
The Dearing Law Firm, P.A.
Suite 500
500 West Adams Street
Jacksonville, FL 32202
904/355-8001
Fax: 904/355-8088
Email: katie@dearingfirm.com

**William R. Wohlsifer**
William R. Wohlsifer, PA
Suite B
1100 E Park Ave
Tallahassee, FL 32301
850/219-8888
Fax: 866/829-8174
Email: william@wohlsifer.com

**Jerome W. Hoffman**
Holland & Knight, LLP
315 S Calhoun St - Ste 600
PO Drawer 810
Tallahassee, FL 32302
850/425-5654
Fax: 850-224-8832
Email: jerome.hoffman@hklaw.com

NON-ECF SERVICE BY MAIL:

Case 2:12-cv-00266-JES-DNF   Document 17   Filed 07/23/12   Page 3 of 3 PageID 231