| party_name | py_role | court_id | nos | cs_date_filed | case_no | case_link | case_title | NoDoes |
|---|---|---|---|---|---|---|---|---|
| MALIBU MEDIA, LLC | pla | paedce | 820 | 2/8/12 | 2:2012-cv-00664 | https://ecf.paed.uscourts.gov/cgi-bin/iqquerymenu.pl?458261 | MALIBU MEDIA, LLC v. JOHN DOES 1-15 | 15 |
| MALIBU MEDIA, LLC | pla | paedce | 820 | 2/8/12 | 2:2012-cv-00665 | https://ecf.paed.uscourts.gov/cgi-bin/iqquerymenu.pl?458262 | MALIBU MEDIA, LLC v. JOHN DOES 1-17 | 17 |
| MALIBU MEDIA, LLC | pla | paedce | 820 | 2/8/12 | 2:2012-cv-00666 | https://ecf.paed.uscourts.gov/cgi-bin/iqquerymenu.pl?458264 | MALIBU MEDIA, LLC v. JOHN DOES 1-10 | 10 |
| MALIBU MEDIA, LLC | pla | paedce | 820 | 2/8/12 | 2:2012-cv-00667 | https://ecf.paed.uscourts.gov/cgi-bin/iqquerymenu.pl?458274 | MALIBU MEDIA, LLC v. JOHN DOES 1-11 | 11 |
| MALIBU MEDIA, LLC | pla | paedce | 820 | 2/8/12 | 2:2012-cv-00668 | https://ecf.paed.uscourts.gov/cgi-bin/iqquerymenu.pl?458287 | MALIBU MEDIA, LLC v. JOHN DOES 1-22 | 22 |
| Malibu Media, LLC | pla | casdce | 820 | 2/9/12 | 3:2012-cv-00362 | https://ecf.casd.uscourts.gov/cgi-bin/iqquerymenu.pl?376118 | Malibu Media, LLC v. John Does 1-25 | 25 |
| MALIBU MEDIA, LLC | pla | dcdce | 820 | 2/10/12 | 1:2012-cv-00237 | https://ecf.dcd.uscourts.gov/cgi-bin/iqquerymenu.pl?152658 | MALIBU MEDIA, LLC v. DOES | 11 |
| MALIBU MEDIA, LLC | pla | dcdce | 820 | 2/10/12 | 1:2012-cv-00235 | https://ecf.dcd.uscourts.gov/cgi-bin/iqquerymenu.pl?152659 | MALIBU MEDIA, LLC v. DOES | 16 |
| MALIBU MEDIA, LLC | pla | dcdce | 820 | 2/10/12 | 1:2012-cv-00233 | https://ecf.dcd.uscourts.gov/cgi-bin/iqquerymenu.pl?152665 | MALIBU MEDIA, LLC v. DOES | 5 |
| Malibu Media, LLC | pla | codce | 820 | 2/15/12 | 1:2012-cv-00397 | https://ecf.cod.uscourts.gov/cgi-bin/iqquerymenu.pl?131476 | Malibu Media, LLC v. John Does 1-29 | 29 |
| Malibu Media, LLC | pla | codce | 820 | 2/15/12 | 1:2012-cv-00399 | https://ecf.cod.uscourts.gov/cgi-bin/iqquerymenu.pl?131478 | Malibu Media, LLC v. John Does 1-16 | 16 |
| Malibu Media, LLC | pla | codce | 820 | 2/15/12 | 1:2012-cv-00402 | https://ecf.cod.uscourts.gov/cgi-bin/iqquerymenu.pl?131481 | Malibu Media, LLC v. John Does 1-30 | 30 |
| Malibu Media, LLC | pla | codce | 820 | 2/15/12 | 1:2012-cv-00405 | https://ecf.cod.uscourts.gov/cgi-bin/iqquerymenu.pl?131484 | Malibu Media, LLC v. John Does 1-10 | 10 |
| Malibu Media, LLC | pla | codce | 820 | 2/15/12 | 1:2012-cv-00406 | https://ecf.cod.uscourts.gov/cgi-bin/iqquerymenu.pl?131485 | Malibu Media, LLC v. John Does 1-27 | 27 |
| Malibu Media, LLC | pla | codce | 820 | 2/15/12 | 1:2012-cv-00407 | https://ecf.cod.uscourts.gov/cgi-bin/iqquerymenu.pl?131488 | Malibu Media, LLC v. John Does 1-18 | 18 |
| Malibu Media, LLC | pla | codce | 820 | 2/15/12 | 1:2012-cv-00408 | https://ecf.cod.uscourts.gov/cgi-bin/iqquerymenu.pl?131489 | Malibu Media, LLC v. John Does 1-15 | 15 |
| Malibu Media, LLC | pla | codce | 820 | 2/15/12 | 1:2012-cv-00409 | https://ecf.cod.uscourts.gov/cgi-bin/iqquerymenu.pl?131490 | Malibu Media, LLC v. John Does 1-27 | 27 |
| Malibu Media, LLC | pla | vaedce | 820 | 2/17/12 | 1:2012-cv-00161 | https://ecf.vaed.uscourts.gov/cgi-bin/iqquerymenu.pl?276650 | Malibu Media, LLC v. John Does 1-26 | 26 |
| Malibu Media, LLC | pla | vaedce | 820 | 2/17/12 | 1:2012-cv-00159 | https://ecf.vaed.uscourts.gov/cgi-bin/iqquerymenu.pl?276655 | Malibu Media, LLC v. Does | 23 |
| Malibu Media, LLC | pla | vaedce | 820 | 2/17/12 | 1:2012-cv-00163 | https://ecf.vaed.uscourts.gov/cgi-bin/iqquerymenu.pl?276656 | Malibu Media, LLC v. John Does 1-15 | 15 |
| Malibu Media, LLC | pla | vaedce | 820 | 2/17/12 | 1:2012-cv-00162 | https://ecf.vaed.uscourts.gov/cgi-bin/iqquerymenu.pl?276658 | Malibu Media, LLC v. Does | 16 |
| Malibu Media, LLC | pla | vaedce | 820 | 2/17/12 | 1:2012-cv-00164 | https://ecf.vaed.uscourts.gov/cgi-bin/iqquerymenu.pl?276667 | Malibu Media, LLC v. Does | 20 |
| Malibu Media, LLC | pla | vaedce | 820 | 2/17/12 | 1:2012-cv-00165 | https://ecf.vaed.uscourts.gov/cgi-bin/iqquerymenu.pl?276742 | Malibu Media, LLC v. John Does 1-27 | 27 |
| Malibu Media, LLC | pla | vaedce | 820 | 2/17/12 | 1:2012-cv-00160 | https://ecf.vaed.uscourts.gov/cgi-bin/iqquerymenu.pl?276778 | Malibu Media, LLC v. John Does 1-26 | 26 |
| Malibu Media, LLC | pla | vaedce | 820 | 2/17/12 | 1:2012-cv-00166 | https://ecf.vaed.uscourts.gov/cgi-bin/iqquerymenu.pl?276784 | Malibu Media, LLC v. John Does 1-8 | 8 |
| Malibu Media, LLC | pla | nyedce | 820 | 3/8/12 | 2:2012-cv-01146 | https://ecf.nyed.uscourts.gov/cgi-bin/iqquerymenu.pl?328090 | Malibu Media, LLC v. Does 1-10 | 10 |
| Malibu Media, LLC | pla | nyedce | 820 | 3/8/12 | 2:2012-cv-01147 | https://ecf.nyed.uscourts.gov/cgi-bin/iqquerymenu.pl?328091 | Malibu Media, LLC v. Does 1-26 | 26 |
| Malibu Media, LLC | pla | nyedce | 820 | 3/8/12 | 2:2012-cv-01148 | https://ecf.nyed.uscourts.gov/cgi-bin/iqquerymenu.pl?328092 | Malibu Media, LLC v. Does 1-20 | 20 |
| Malibu Media, LLC | pla | nyedce | 820 | 3/8/12 | 2:2012-cv-01149 | https://ecf.nyed.uscourts.gov/cgi-bin/iqquerymenu.pl?328093 | Malibu Media, LLC v. Does 1-30 | 30 |
| Malibu Media, LLC | pla | nyedce | 820 | 3/8/12 | 2:2012-cv-01150 | https://ecf.nyed.uscourts.gov/cgi-bin/iqquerymenu.pl?328094 | Malibu Media, LLC v. Does 1-11 | 11 |
| Malibu Media, LLC | pla | nyedce | 820 | 3/8/12 | 2:2012-cv-01156 | https://ecf.nyed.uscourts.gov/cgi-bin/iqquerymenu.pl?328098 | Malibu Media, LLC v. Does 1-13 | 13 |
| Malibu Media, LLC | pla | flmdce | 820 | 3/28/12 | 3:2012-cv-00340 | https://ecf.flmd.uscourts.gov/cgi-bin/iqquerymenu.pl?269589 | Malibu Media, LLC v. John Does 1-20 | 20 |
| Malibu Media, LLC | pla | flmdce | 820 | 3/28/12 | 3:2012-cv-00336 | https://ecf.flmd.uscourts.gov/cgi-bin/iqquerymenu.pl?269653 | Malibu Media, LLC v. Jor Does 1- 18 | 18 |
| Malibu Media, LLC | pla | flmdce | 820 | 3/28/12 | 3:2012-cv-00335 | https://ecf.flmd.uscourts.gov/cgi-bin/iqquerymenu.pl?269656 | Malibu Media, LLC v. John Does 1-19 | 19 |
| Malibu Media, LLC | pla | flmdce | 820 | 3/28/12 | 5:2012-cv-00159 | https://ecf.flmd.uscourts.gov/cgi-bin/iqquerymenu.pl?269663 | Malibu Media, LLC v. Does | 21 |
| Malibu Media, LLC | pla | flmdce | 820 | 3/28/12 | 8:2012-cv-00669 | https://ecf.flmd.uscourts.gov/cgi-bin/iqquerymenu.pl?269675 | Malibu Media, LLC v. John Does 1-99 | 9 |
| Malibu Media, LLC | pla | flmdce | 820 | 3/28/12 | 3:2012-cv-00338 | https://ecf.flmd.uscourts.gov/cgi-bin/iqquerymenu.pl?269706 | Malibu Media, LLC v. John Does 1-6 | 6 |
| Malibu Media, LLC | pla | flmdce | 820 | 3/28/12 | 2:2012-cv-00177 | https://ecf.flmd.uscourts.gov/cgi-bin/iqquerymenu.pl?269709 | Malibu Media, LLC v. John Does 1-13 | 13 |
| Malibu Media, LLC | pla | flmdce | 820 | 3/28/12 | 2:2012-cv-00178 | https://ecf.flmd.uscourts.gov/cgi-bin/iqquerymenu.pl?269716 | Malibu Media, LLC v. John Does 1-35 | 35 |
| Malibu Media, LLC | pla | codce | 820 | 4/2/12 | 1:2012-cv-00834 | https://ecf.cod.uscourts.gov/cgi-bin/iqquerymenu.pl?132373 | Malibu Media, LLC v. John Does 1-28 | 28 |
| Malibu Media, LLC | pla | codce | 820 | 4/2/12 | 1:2012-cv-00835 | https://ecf.cod.uscourts.gov/cgi-bin/iqquerymenu.pl?132374 | Malibu Media, LLC v. John Does 1-21 | 21 |
| Malibu Media, LLC | pla | codce | 820 | 4/3/12 | 1:2012-cv-00846 | https://ecf.cod.uscourts.gov/cgi-bin/iqquerymenu.pl?132387 | Malibu Media, LLC v. John Does 1-9 | 9 |
| Malibu Media, LLC | pla | codce | 820 | 4/3/12 | 1:2012-cv-00836 | https://ecf.cod.uscourts.gov/cgi-bin/iqquerymenu.pl?132375 | Malibu Media, LLC v. John Does 1-23 | 23 |
| Malibu Media, LLC | pla | codce | 820 | 4/3/12 | 1:2012-cv-00837 | https://ecf.cod.uscourts.gov/cgi-bin/iqquerymenu.pl?132376 | Malibu Media, LLC v. John Does 1-10 | 10 |
| Malibu Media, LLC | pla | codce | 820 | 4/3/12 | 1:2012-cv-00839 | https://ecf.cod.uscourts.gov/cgi-bin/iqquerymenu.pl?132378 | Malibu Media, LLC v. John Does 1-17 | 17 |
| Malibu Media, LLC | pla | codce | 820 | 4/3/12 | 1:2012-cv-00840 | https://ecf.cod.uscourts.gov/cgi-bin/iqquerymenu.pl?132379 | Malibu Media, LLC v. John Does 1-16 | 16 |
| Malibu Media, LLC | pla | codce | 820 | 4/3/12 | 1:2012-cv-00843 | https://ecf.cod.uscourts.gov/cgi-bin/iqquerymenu.pl?132384 | Malibu Media, LLC v. John Does 1-11 | 11 |

| party_name | py_role | court_id | nos | cs_date_filed | case_no | case_link | case_title | NoDoes |
|---|---|---|---|---|---|---|---|---|
| Malibu Media, LLC | pla | codce | 820 | 4/4/12 | 1:2012-cv-00885 | https://ecf.cod.uscourts.gov/cgi-bin/iqquerymenu.pl?132445 | Malibu Media, LLC v. John Doe | 1 |
| Malibu Media, LLC | pla | codce | 820 | 4/4/12 | 1:2012-cv-00886 | https://ecf.cod.uscourts.gov/cgi-bin/iqquerymenu.pl?132446 | Malibu Media, LLC v. Fantalis et al | 3 |
| Malibu Media, LLC | pla | nysdce | 820 | 4/13/12 | 1:2012-cv-02951 | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?394950 | Malibu Media, LLC v. John Does 1-5 | 5 |
| Malibu Media, LLC | pla | nysdce | 820 | 4/13/12 | 1:2012-cv-02952 | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?394952 | Malibu Media, LLC v. John Does 1-7 | 7 |
| Malibu Media, LLC | pla | nysdce | 840 | 4/13/12 | 1:2012-cv-02953 | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?394963 | Malibu Media, LLC v. John Does 1-4 | 4 |
| Malibu Media, LLC | pla | nysdce | 820 | 4/13/12 | 1:2012-cv-02954 | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?394965 | Malibu Media, LLC v. John Does 1-5 | 5 |
| Malibu Media, LLC | pla | nysdce | 840 | 4/13/12 | 1:2012-cv-02955 | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?394966 | Malibu Media, LLC v. John Does 1-4 | 4 |
| Malibu Media, LLC | pla | nysdce | 820 | 4/13/12 | 1:2012-cv-02961 | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?394978 | Malibu Media, LLC v. John Does 1-4 | 4 |
| Malibu Media, LLC | pla | nysdce | 820 | 4/13/12 | 1:2012-cv-02950 | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?394990 | Malibu Media, LLC v. John Does 1-5 | 5 |
| Malibu Media, LLC | pla | nysdce | 820 | 4/13/12 | 7:2012-cv-02949 | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?396205 | Malibu Media, LLC v. John Does 1-10 | 10 |
| Malibu Media, LLC | pla | mddce | 820 | 4/18/12 | 8:2012-cv-01191 | https://ecf.mdd.uscourts.gov/cgi-bin/iqquerymenu.pl?200990 | Malibu Media, LLC v. John Does 1-37 | 37 |
| Malibu Media, LLC | pla | mddce | 820 | 4/19/12 | 8:2012-cv-01192 | https://ecf.mdd.uscourts.gov/cgi-bin/iqquerymenu.pl?200991 | Malibu Media, LLC v. John Does 1-28 | 28 |
| Malibu Media, LLC | pla | mddce | 820 | 4/19/12 | 8:2012-cv-01193 | https://ecf.mdd.uscourts.gov/cgi-bin/iqquerymenu.pl?200992 | Malibu Media, LLC v. John Does 1-34 | 34 |
| Malibu Media, LLC | pla | mddce | 820 | 4/19/12 | 8:2012-cv-01194 | https://ecf.mdd.uscourts.gov/cgi-bin/iqquerymenu.pl?200993 | Malibu Media, LLC v. John Does 1-12 | 12 |
| Malibu Media, LLC | pla | mddce | 820 | 4/19/12 | 8:2012-cv-01195 | https://ecf.mdd.uscourts.gov/cgi-bin/iqquerymenu.pl?200994 | Malibu Media, LLC v. John Does 1-34 | 34 |
| Malibu Media, LLC | pla | mddce | 820 | 4/19/12 | 8:2012-cv-01196 | https://ecf.mdd.uscourts.gov/cgi-bin/iqquerymenu.pl?200995 | Malibu Media, LLC v. John Does 1-32 | 32 |
| Malibu Media, LLC | pla | mddce | 820 | 4/19/12 | 8:2012-cv-01197 | https://ecf.mdd.uscourts.gov/cgi-bin/iqquerymenu.pl?200996 | Malibu Media, LLC v. Doe 1 | 38 |
| Malibu Media, LLC | pla | mddce | 820 | 4/19/12 | 8:2012-cv-01198 | https://ecf.mdd.uscourts.gov/cgi-bin/iqquerymenu.pl?200997 | Malibu Media, LLC v. Doe 1 | 16 |
| Malibu Media, LLC | pla | mddce | 820 | 4/19/12 | 8:2012-cv-01199 | https://ecf.mdd.uscourts.gov/cgi-bin/iqquerymenu.pl?200998 | Malibu Media, LLC v. John Does 1-23 | 23 |
| Malibu Media, LLC | pla | mddce | 820 | 4/19/12 | 8:2012-cv-01200 | https://ecf.mdd.uscourts.gov/cgi-bin/iqquerymenu.pl?200999 | Malibu Media, LLC v. John Does 1-18 | 18 |
| Malibu Media, LLC | pla | mddce | 820 | 4/19/12 | 8:2012-cv-01201 | https://ecf.mdd.uscourts.gov/cgi-bin/iqquerymenu.pl?201000 | Malibu Media, LLC v. John Does 1-14 | 14 |
| Malibu Media, LLC | pla | mddce | 820 | 4/19/12 | 8:2012-cv-01202 | https://ecf.mdd.uscourts.gov/cgi-bin/iqquerymenu.pl?201001 | Malibu Media, LLC v. John Does 1-10 | 10 |
| Malibu Media, LLC | pla | mddce | 820 | 4/19/12 | 8:2012-cv-01203 | https://ecf.mdd.uscourts.gov/cgi-bin/iqquerymenu.pl?201002 | Malibu Media, LLC v. Doe 1 | 11 |
| MALIBU MEDIA, LLC | pla | paedce | 820 | 4/19/12 | 5:2012-cv-02091 | https://ecf.paed.uscourts.gov/cgi-bin/iqquerymenu.pl?461472 | MALIBU MEDIA, LLC v. JOHN DOES 1-16 | 16 |
| MALIBU MEDIA, LLC | pla | paedce | 820 | 4/19/12 | 2:2012-cv-02092 | https://ecf.paed.uscourts.gov/cgi-bin/iqquerymenu.pl?461474 | MALIBU MEDIA, LLC v. JOHN DOES 1-16 | 16 |
| MALIBU MEDIA, LLC | pla | paedce | 820 | 4/19/12 | 2:2012-cv-02090 | https://ecf.paed.uscourts.gov/cgi-bin/iqquerymenu.pl?461493 | MALIBU MEDIA, LLC v. JOHN DOES 1-15 | 15 |
| MALIBU MEDIA, LLC | pla | paedce | 820 | 4/19/12 | 2:2012-cv-02077 | https://ecf.paed.uscourts.gov/cgi-bin/iqquerymenu.pl?461500 | MALIBU MEDIA, LLC v. JOHN DOES 1-15 | 15 |
| MALIBU MEDIA, LLC | pla | paedce | 820 | 4/19/12 | 2:2012-cv-02083 | https://ecf.paed.uscourts.gov/cgi-bin/iqquerymenu.pl?461505 | MALIBU MEDIA, LLC v. JOHN DOES 1-22 | 22 |
| MALIBU MEDIA, LLC | pla | paedce | 820 | 4/19/12 | 2:2012-cv-02093 | https://ecf.paed.uscourts.gov/cgi-bin/iqquerymenu.pl?461506 | MALIBU MEDIA, LLC v. JOHN DOE 1-7 | 7 |
| MALIBU MEDIA, LLC | pla | paedce | 820 | 4/19/12 | 2:2012-cv-02078 | https://ecf.paed.uscourts.gov/cgi-bin/iqquerymenu.pl?461508 | MALIBU MEDIA, LLC v. JOHN DOES 1-16 | 16 |
| MALIBU MEDIA, LLC | pla | paedce | 820 | 4/19/12 | 2:2012-cv-02096 | https://ecf.paed.uscourts.gov/cgi-bin/iqquerymenu.pl?461467 | MALIBU MEDIA, LLC v. JOHN DOES 1-18 | 18 |
| MALIBU MEDIA, LLC | pla | paedce | 820 | 4/19/12 | 2:2012-cv-02095 | https://ecf.paed.uscourts.gov/cgi-bin/iqquerymenu.pl?461468 | MALIBU MEDIA, LLC v. JOHN DOES 1-18 | 18 |
| MALIBU MEDIA, LLC | pla | paedce | 820 | 4/19/12 | 2:2012-cv-02084 | https://ecf.paed.uscourts.gov/cgi-bin/iqquerymenu.pl?461509 | MALIBU MEDIA, LLC v. JOHN DOES 1-14 | 14 |
| MALIBU MEDIA, LLC | pla | paedce | 820 | 4/19/12 | 2:2012-cv-02094 | https://ecf.paed.uscourts.gov/cgi-bin/iqquerymenu.pl?461511 | MALIBU MEDIA, LLC v. JOHN DOES 1-25 | 25 |
| MALIBU MEDIA, LLC | pla | paedce | 820 | 4/19/12 | 5:2012-cv-02088 | https://ecf.paed.uscourts.gov/cgi-bin/iqquerymenu.pl?461517 | MALIBU MEDIA, LLC v. JOHN DOES 1-22 | 22 |
| Malibu Media, LLC | pla | casdce | 820 | 4/30/12 | 3:2012-cv-01049 | https://ecf.casd.uscourts.gov/cgi-bin/iqquerymenu.pl?382956 | Malibu Media, LLC v. John Does 1 through 19 | 19 |
| Malibu Media, LLC | pla | casdce | 820 | 4/30/12 | 3:2012-cv-01052 | https://ecf.casd.uscourts.gov/cgi-bin/iqquerymenu.pl?382958 | Malibu Media, LLC v. John Does 1 through 7 | 7 |
| Malibu Media, LLC | pla | casdce | 820 | 4/30/12 | 3:2012-cv-01054 | https://ecf.casd.uscourts.gov/cgi-bin/iqquerymenu.pl?382962 | Malibu Media, LLC v. John Does 1 through 8 | 8 |
| Malibu Media, LLC | pla | casdce | 820 | 4/30/12 | 3:2012-cv-01051 | https://ecf.casd.uscourts.gov/cgi-bin/iqquerymenu.pl?382965 | Malibu Media, LLC v. John Does 1 through 10 | 10 |
| Malibu Media, LLC | pla | casdce | 820 | 4/30/12 | 3:2012-cv-01056 | https://ecf.casd.uscourts.gov/cgi-bin/iqquerymenu.pl?382967 | Malibu Media, LLC v. John Does 1 through 11 | 11 |
| Malibu Media, LLC | pla | casdce | 820 | 4/30/12 | 3:2012-cv-01059 | https://ecf.casd.uscourts.gov/cgi-bin/iqquerymenu.pl?382968 | Malibu Media, LLC v. John Does 1 through 12 | 12 |
| Malibu Media, LLC | pla | casdce | 820 | 4/30/12 | 3:2012-cv-01061 | https://ecf.casd.uscourts.gov/cgi-bin/iqquerymenu.pl?382971 | Malibu Media, LLC v. John Does 1 through 11 | 11 |
| Malibu Media, LLC | pla | casdce | 820 | 5/9/12 | 3:2012-cv-01135 | https://ecf.casd.uscourts.gov/cgi-bin/iqquerymenu.pl?383890 | Malibu Media, LLC v. John Does 1 through 35 | 35 |
| Malibu Media, LLC | pla | caedce | 820 | 5/10/12 | 2:2012-cv-01255 | https://ecf.caed.uscourts.gov/cgi-bin/iqquerymenu.pl?238899 | Malibu Media, LLC v. Unknown | 48 |
| Malibu Media, LLC | pla | caedce | 820 | 5/10/12 | 2:2012-cv-01260 | https://ecf.caed.uscourts.gov/cgi-bin/iqquerymenu.pl?238913 | Malibu Media, LLC v. Unknown | 13 |
| Malibu Media, LLC | pla | caedce | 820 | 5/10/12 | 2:2012-cv-01261 | https://ecf.caed.uscourts.gov/cgi-bin/iqquerymenu.pl?238918 | Malibu Media, LLC v. Unknown | 12 |
| Malibu Media, LLC | pla | caedce | 820 | 5/10/12 | 2:2012-cv-01262 | https://ecf.caed.uscourts.gov/cgi-bin/iqquerymenu.pl?238919 | Malibu Media, LLC v. Unknown | 64 |

| party_name | py_role | court_id | nos | cs_date_filed | case_no | case_link | case_title | NoDoes |
|---|---|---|---|---|---|---|---|---|
| Malibu Media, LLC | pla | flsdce | 820 | 5/11/12 | 9:2012-cv-80512 | https://ecf.flsd.uscourts.gov/cgi-bin/iqquerymenu.pl?400181 | Malibu Media, LLC v. John Does 1-13 | 13 |
| Malibu Media, LLC | pla | flsdce | 820 | 5/11/12 | 2:2012-cv-14171 | https://ecf.flsd.uscourts.gov/cgi-bin/iqquerymenu.pl?400180 | Malibu Media, LLC v. John Does 1-7 | 7 |
| MALIBU MEDIA, LLC | pla | dcdce | 820 | 5/13/12 | 1:2012-cv-00761 | https://ecf.dcd.uscourts.gov/cgi-bin/iqquerymenu.pl?154240 | MALIBU MEDIA, LLC v. DOES 1-5 | 5 |
| MALIBU MEDIA, LLC | pla | dcdce | 820 | 5/13/12 | 1:2012-cv-00762 | https://ecf.dcd.uscourts.gov/cgi-bin/iqquerymenu.pl?154241 | MALIBU MEDIA, LLC v. DOES 1-10 | 10 |
| MALIBU MEDIA, LLC | pla | dcdce | 820 | 5/13/12 | 1:2012-cv-00763 | https://ecf.dcd.uscourts.gov/cgi-bin/iqquerymenu.pl?154242 | MALIBU MEDIA, LLC v. DOES 1-22 | 22 |
| MALIBU MEDIA, LLC | pla | dcdce | 820 | 5/13/12 | 1:2012-cv-00764 | https://ecf.dcd.uscourts.gov/cgi-bin/iqquerymenu.pl?154243 | MALIBU MEDIA, LLC v. DOES 1-14 | 14 |
| MALIBU MEDIA, LLC | pla | dcdce | 820 | 5/13/12 | 1:2012-cv-00765 | https://ecf.dcd.uscourts.gov/cgi-bin/iqquerymenu.pl?154244 | MALIBU MEDIA, LLC v. Does 1-11 | 11 |
| MALIBU MEDIA, LLC | pla | dcdce | 820 | 5/13/12 | 1:2012-cv-00766 | https://ecf.dcd.uscourts.gov/cgi-bin/iqquerymenu.pl?154245 | MALIBU MEDIA, LLC v. Does 1-15 | 15 |
| Malibu Media, LLC | pla | nysdce | 820 | 5/14/12 | 7:2012-cv-03820 | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?396494 | Malibu Media, LLC v. John Does 1-17 | 17 |
| Malibu Media, LLC | pla | nysdce | 820 | 5/14/12 | 7:2012-cv-03825 | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?396508 | Malibu Media, LLC v. John Does 1-15 | 15 |
| Malibu Media, LLC | pla | nysdce | 820 | 5/14/12 | 7:2012-cv-03812 | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?396510 | Malibu Media, LLC v. John Does 1-8 | 8 |
| Malibu Media, LLC | pla | nysdce | 820 | 5/14/12 | 7:2012-cv-03810 | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?396513 | Malibu Media, LLC v. John Does 1-11 | 11 |
| Malibu Media, LLC | pla | nysdce | 820 | 5/14/12 | 7:2012-cv-03818 | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?396520 | Malibu Media, LLC v. John Does 1-16 | 16 |
| Malibu Media, LLC | pla | nysdce | 820 | 5/14/12 | 7:2012-cv-03821 | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?396525 | Malibu Media, LLC v. John Does 1-21 | 21 |
| Malibu Media, LLC | dft | flmdce | 820 | 5/15/12 | 2:2012-cv-00267 | https://ecf.flmd.uscourts.gov/cgi-bin/iqquerymenu.pl?271594 | v. Malibu Media, LLC et al | 67 |
| Malibu Media, LLC | pla | flmdce | 820 | 5/15/12 | 2:2012-cv-00266 | https://ecf.flmd.uscourts.gov/cgi-bin/iqquerymenu.pl?271471 | Malibu Media, LLC v. John Does 1-25 | 25 |
| Malibu Media, LLC | pla | flmdce | 820 | 5/15/12 | 3:2012-cv-00575 | https://ecf.flmd.uscourts.gov/cgi-bin/iqquerymenu.pl?271474 | Malibu Media, LLC v. John Does 1-22 | 22 |
| Malibu Media, LLC | pla | flmdce | 820 | 5/15/12 | 8:2012-cv-01077 | https://ecf.flmd.uscourts.gov/cgi-bin/iqquerymenu.pl?271481 | Malibu Media, LLC v. John Does | 26 |
| Malibu Media, LLC | pla | flmdce | 820 | 5/15/12 | 8:2012-cv-01074 | https://ecf.flmd.uscourts.gov/cgi-bin/iqquerymenu.pl?271490 | Malibu Media, LLC v. John Does | 22 |
| Malibu Media, LLC | pla | flmdce | 820 | 5/15/12 | 8:2012-cv-01076 | https://ecf.flmd.uscourts.gov/cgi-bin/iqquerymenu.pl?271501 | Malibu Media, LLC v. John Does | 20 |
| Malibu Media, LLC | pla | flmdce | 820 | 5/15/12 | 8:2012-cv-01075 | https://ecf.flmd.uscourts.gov/cgi-bin/iqquerymenu.pl?271502 | Malibu Media, LLC v. John Does | 55 |
| Malibu Media, LLC | pla | nysdce | 820 | 5/18/12 | 1:2012-cv-03995 | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?396846 | Malibu Media, LLC v. John Does 1-13 | 13 |
| Malibu Media, LLC | pla | nysdce | 820 | 5/24/12 | 1:2012-cv-04136 | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?397114 | Malibu Media, LLC v. John Does 1-14 | 14 |
| Malibu Media, LLC | pla | codce | 890 | 5/29/12 | 1:2012-cv-01386 | https://ecf.cod.uscourts.gov/cgi-bin/iqquerymenu.pl?133537 | Malibu Media, LLC v. John Doe 9 | 9 |
| Malibu Media, LLC | pla | caedce | 820 | 5/29/12 | 2:2012-cv-01459 | https://ecf.caed.uscourts.gov/cgi-bin/iqquerymenu.pl?239789 | Malibu Media, LLC v. Unknown | 7 |
| Malibu Media, LLC | pla | caedce | 820 | 5/29/12 | 1:2012-cv-00886 | https://ecf.caed.uscourts.gov/cgi-bin/iqquerymenu.pl?239790 | Malibu Media, LLC v. Unknown | 32 |
| Malibu Media, LLC | pla | caedce | 820 | 5/29/12 | 1:2012-cv-00888 | https://ecf.caed.uscourts.gov/cgi-bin/iqquerymenu.pl?239795 | Malibu Media, LLC v. John Does 1 through 59 | 59 |
| Malibu Media, LLC | pla | codce | 820 | 5/30/12 | 1:2012-cv-01394 | https://ecf.cod.uscourts.gov/cgi-bin/iqquerymenu.pl?133559 | Malibu Media, LLC v. John Does 1-33 | 33 |
| Malibu Media, LLC | pla | codce | 820 | 5/30/12 | 1:2012-cv-01395 | https://ecf.cod.uscourts.gov/cgi-bin/iqquerymenu.pl?133560 | Malibu Media, LLC v. John Does 1-5 | 5 |
| Malibu Media, LLC | pla | codce | 820 | 5/30/12 | 1:2012-cv-01404 | https://ecf.cod.uscourts.gov/cgi-bin/iqquerymenu.pl?133581 | Malibu Media, LLC v. John Does 1-5 | 5 |
| Malibu Media, LLC | pla | codce | 820 | 5/30/12 | 1:2012-cv-01405 | https://ecf.cod.uscourts.gov/cgi-bin/iqquerymenu.pl?133582 | Malibu Media, LLC v. John Does 1-5 | 5 |
| Malibu Media, LLC | pla | codce | 820 | 5/30/12 | 1:2012-cv-01406 | https://ecf.cod.uscourts.gov/cgi-bin/iqquerymenu.pl?133583 | Malibu Media, LLC v. John Does 1-14 | 14 |
| Malibu Media, LLC | pla | codce | 820 | 5/30/12 | 1:2012-cv-01407 | https://ecf.cod.uscourts.gov/cgi-bin/iqquerymenu.pl?133584 | Malibu Media, LLC v. John Does 1-54 | 54 |
| Malibu Media, LLC | pla | codce | 820 | 5/30/12 | 1:2012-cv-01408 | https://ecf.cod.uscourts.gov/cgi-bin/iqquerymenu.pl?133585 | Malibu Media, LLC v. John Does 1-15 | 15 |
| Malibu Media, LLC | pla | txndce |  |  | 5/30/12 | 6:2012-mc-00007 | https://ecf.txnd.uscourts.gov/cgi-bin/iqquerymenu.pl?218727 | Malibu Media, LLC v. does 33 | 33 |
| Malibu Media, LLC | pla | txndce |  |  | 5/30/12 | 6:2012-mc-00008 | https://ecf.txnd.uscourts.gov/cgi-bin/iqquerymenu.pl?218729 | Malibu Media, LLC v. doe 13 | 13 |
| MALIBU MEDIA, LLC | pla | paedce | 820 | 6/4/12 | 2:2012-cv-03149 | https://ecf.paed.uscourts.gov/cgi-bin/iqquerymenu.pl?463527 | MALIBU MEDIA, LLC v. JOHN DOES 1-12 | 12 |
| MALIBU MEDIA, LLC | pla | paedce | 820 | 6/4/12 | 2:2012-cv-03151 | https://ecf.paed.uscourts.gov/cgi-bin/iqquerymenu.pl?463506 | MALIBU MEDIA, LLC v. JOHN DOES 1-41 | 41 |
| MALIBU MEDIA, LLC | pla | paedce | 820 | 6/4/12 | 2:2012-cv-03144 | https://ecf.paed.uscourts.gov/cgi-bin/iqquerymenu.pl?463513 | MALIBU MEDIA, LLC v. JOHN DOES 1-8 | 8 |
| MALIBU MEDIA, LLC | pla | paedce | 820 | 6/4/12 | 2:2012-cv-03143 | https://ecf.paed.uscourts.gov/cgi-bin/iqquerymenu.pl?463515 | MALIBU MEDIA, LLC v. JOHN DOES 1-17 | 17 |
| MALIBU MEDIA, LLC | pla | paedce | 820 | 6/4/12 | 2:2012-cv-03145 | https://ecf.paed.uscourts.gov/cgi-bin/iqquerymenu.pl?463518 | MALIBU MEDIA, LLC v. JOHN DOES 1-38 | 38 |
| MALIBU MEDIA, LLC | pla | paedce | 820 | 6/4/12 | 2:2012-cv-03142 | https://ecf.paed.uscourts.gov/cgi-bin/iqquerymenu.pl?463519 | MALIBU MEDIA, LLC v. JOHN DOES 1-6 | 6 |
| MALIBU MEDIA, LLC | pla | paedce | 820 | 6/4/12 | 2:2012-cv-03141 | https://ecf.paed.uscourts.gov/cgi-bin/iqquerymenu.pl?463522 | MALIBU MEDIA, LLC v. JOHN DOES 1-11 | 11 |
| MALIBU MEDIA, LLC | pla | paedce | 820 | 6/4/12 | 2:2012-cv-03147 | https://ecf.paed.uscourts.gov/cgi-bin/iqquerymenu.pl?463524 | MALIBU MEDIA, LLC v. JOHN DOES 1-12 | 12 |
| MALIBU MEDIA, LLC | pla | paedce | 820 | 6/4/12 | 5:2012-cv-03139 | https://ecf.paed.uscourts.gov/cgi-bin/iqquerymenu.pl?463525 | MALIBU MEDIA, LLC v. JOHN DOES 1-22 | 22 |
| Malibu Media, LLC | pla | caedce | 820 | 6/5/12 | 2:2012-cv-01513 | https://ecf.caed.uscourts.gov/cgi-bin/iqquerymenu.pl?240007 | Malibu Media, LLC v. Unknown | 13 |
| Malibu Media, LLC | pla | caedce | 820 | 6/5/12 | 2:2012-cv-01514 | https://ecf.caed.uscourts.gov/cgi-bin/iqquerymenu.pl?240012 | Malibu Media, LLC v. Unknown | 7 |

| party_name | py_role | court_id | nos | cs_date_filed | case_no | case_link | case_title | NoDoes |
|---|---|---|---|---|---|---|---|---|
| Malibu Media, LLC | pla | casdce | 820 | 6/5/12 | 3:2012-cv-01354 | https://ecf.casd.uscourts.gov/cgi-bin/iqquerymenu.pl?386358 | Malibu Media, LLC v. John Does 1 through 5 | 5 |
| Malibu Media, LLC | pla | casdce | 820 | 6/5/12 | 3:2012-cv-01355 | https://ecf.casd.uscourts.gov/cgi-bin/iqquerymenu.pl?386359 | Malibu Media, LLC v. John Does 1 through 6 | 6 |
| Malibu Media, LLC | pla | casdce | 820 | 6/5/12 | 3:2012-cv-01357 | https://ecf.casd.uscourts.gov/cgi-bin/iqquerymenu.pl?386361 | Malibu Media, LLC v. John Does 1 through 11 | 11 |
| Malibu Media, LLC | pla | casdce | 820 | 6/6/12 | 3:2012-cv-01370 | https://ecf.casd.uscourts.gov/cgi-bin/iqquerymenu.pl?386450 | v. Malibu Media, LLC et al | 36 |
| Malibu Media, LLC | pla | casdce | 820 | 6/6/12 | 3:2012-cv-01372 | https://ecf.casd.uscourts.gov/cgi-bin/iqquerymenu.pl?386451 | Malibu Media, LLC v. John Does 1-19 | 19 |
| Malibu Media, LLC | pla | codce | 820 | 6/12/12 | 1:2012-cv-01522 | https://ecf.cod.uscourts.gov/cgi-bin/iqquerymenu.pl?133785 | Malibu Media, LLC v. Felitti et al | 6 |
| Malibu Media, LLC | pla | ilndce | 820 | 6/14/12 | 1:2012-cv-04680 | https://ecf.ilnd.uscourts.gov/cgi-bin/iqquerymenu.pl?270451 | Malibu Media, LLC v. Does 1-55 | 55 |
| Malibu Media, LLC | pla | miwdce | 820 | 6/14/12 | 1:2012-cv-00616 | https://ecf.miwd.uscourts.gov/cgi-bin/iqquerymenu.pl?70866 | Malibu Media, LLC v. Does 1-31 | 31 |
| Malibu Media, LLC | pla | miwdce | 820 | 6/14/12 | 1:2012-cv-00617 | https://ecf.miwd.uscourts.gov/cgi-bin/iqquerymenu.pl?70867 | Malibu Media, LLC v. Does 1-7 | 7 |
| Malibu Media, LLC | pla | miwdce | 820 | 6/14/12 | 1:2012-cv-00619 | https://ecf.miwd.uscourts.gov/cgi-bin/iqquerymenu.pl?70869 | Malibu Media, LLC v. Does 1-21 | 21 |
| MALIBU MEDIA, LLC | pla | dcdce | 820 | 6/14/12 | 1:2012-cv-00972 | https://ecf.dcd.uscourts.gov/cgi-bin/iqquerymenu.pl?154803 | MALIBU MEDIA, LLC v. DOES, 1-5 | 5 |
| Malibu Media, LLC | pla | miwdce | 820 | 6/14/12 | 1:2012-cv-00620 | https://ecf.miwd.uscourts.gov/cgi-bin/iqquerymenu.pl?70870 | Malibu Media, LLC v. Does 1-10 | 10 |
| Malibu Media, LLC | pla | miwdce | 820 | 6/14/12 | 1:2012-cv-00621 | https://ecf.miwd.uscourts.gov/cgi-bin/iqquerymenu.pl?70871 | Malibu Media, LLC v. Does 1-11 | 11 |
| Malibu Media, LLC | pla | ilcdce | 820 | 6/14/12 | 3:2012-cv-03160 | https://ecf.ilcd.uscourts.gov/cgi-bin/iqquerymenu.pl?55329 | Malibu Media, LLC v. Does 1-13 | 13 |
| Malibu Media, LLC | pla | ilcdce | 820 | 6/14/12 | 1:2012-cv-01188 | https://ecf.ilcd.uscourts.gov/cgi-bin/iqquerymenu.pl?55331 | Malibu Media, LLC v. Does 1-34 | 34 |
| Malibu Media, LLC | pla | ilcdce | 820 | 6/14/12 | 1:2012-cv-01189 | https://ecf.ilcd.uscourts.gov/cgi-bin/iqquerymenu.pl?55333 | Malibu Media, LLC v. Does 1-7 | 7 |
| Malibu Media, LLC | pla | ilndce | 820 | 6/14/12 | 1:2012-cv-04669 | https://ecf.ilnd.uscourts.gov/cgi-bin/iqquerymenu.pl?270438 | Malibu Media, LLC v. Does 1-7 | 7 |
| Malibu Media, LLC | pla | ilndce | 820 | 6/14/12 | 1:2012-cv-04675 | https://ecf.ilnd.uscourts.gov/cgi-bin/iqquerymenu.pl?270446 | Malibu Media, LLC v. Does 1-14 | 14 |
| Malibu Media, LLC | pla | ilndce | 820 | 6/14/12 | 1:2012-cv-04676 | https://ecf.ilnd.uscourts.gov/cgi-bin/iqquerymenu.pl?270447 | Malibu Media, LLC v. Does 1-50 | 50 |
| MALIBU MEDIA, LLC | pla | insdce | 820 | 6/18/12 | 1:2012-cv-00840 | https://ecf.insd.uscourts.gov/cgi-bin/iqquerymenu.pl?40648 | MALIBU MEDIA, LLC v. DOES 1-8 | 8 |
| MALIBU MEDIA, LLC | pla | insdce | 820 | 6/18/12 | 1:2012-cv-00841 | https://ecf.insd.uscourts.gov/cgi-bin/iqquerymenu.pl?40650 | MALIBU MEDIA, LLC v. DOES 1-23 | 23 |
| MALIBU MEDIA, LLC | pla | insdce | 820 | 6/18/12 | 1:2012-cv-00842 | https://ecf.insd.uscourts.gov/cgi-bin/iqquerymenu.pl?40651 | MALIBU MEDIA, LLC v. DOES 1-7 | 7 |
| MALIBU MEDIA, LLC | pla | insdce | 820 | 6/18/12 | 1:2012-cv-00845 | https://ecf.insd.uscourts.gov/cgi-bin/iqquerymenu.pl?40654 | MALIBU MEDIA, LLC v. DOES 1-29 | 29 |
|  |  |  |  |  |  |  |  | 2995 |