**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

MALIBU MEDIA, LLC,

    Plaintiff,

    v.                                              Case No.: 2:12-cv-266-JES-DNF

JOHN DOES 1 - 25

    Defendants.
_____/

**DOE DEFENDANT 6'S**
**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)**

Undersigned counsel for Doe Defendant 6 has conferred with counsel for the Plaintiff and confirms that the Plaintiff does not agree to the relief requested in Doe Defendant 6's Motion to Sever Defendants and Quash Subpoena or Alternatively, Motion for Protective Order filed on July 16, 2012.

                                                HOLLAND & KNIGHT LLP

                                                /s/ Jerome W. Hoffman
                                                Jerome W. Hoffman
                                                Florida Bar No. 0258830
                                                jerome.hoffman@hklaw.com
                                                Ben Z. Williamson
                                                Florida Bar No. 0087454
                                                ben.williamson@hklaw.com
                                                Holland & Knight LLP
                                                315 South Calhoun Street, Suite 600
                                                Tallahassee, Florida 32301-1809
                                                Tel:    850-224-7000
                                                Fax:   850-224-8832

                                                **Attorney for Defendant DOE 6**

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 24, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

/s/ Jerome W. Hoffman
Attorney

#11403056_v1

2