## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FT. MYERS DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Case No. 2:12-cv-00266-JES-DNF |
| ) | |
| v. ) | |
| ) | |
| JOHN DOES 1-25, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## PLAINTIFF'S NOTICE OF INTENT TO SERVE JOHN DOES 24 AND 25

Plaintiff hereby gives notice that it intends to amend its Complaint to name and serve John Does 24 and 25, no sooner than 14 (fourteen) days from today. Undersigned has contacted counsel for Defendant and apprised them of same.

Dated: October 11, 2012

Respectfully submitted,

By: /s/ *M. Keith Lipscomb*
M. Keith Lipscomb (429554)
klipscomb@lebfirm.com
LIPSCOMB EISENBERG & BAKER, PL
2 South Biscayne Blvd.
Penthouse 3800
Miami, FL 33131
Telephone: (786) 431-2228
Facsimile: (786) 431-2229
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *M. Keith Lipscomb*