# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| | ) |
| Plaintiff, | ) Civil Case No. 2:12-cv-00266-JES-DNF |
| | ) |
| v. | ) |
| | ) |
| JOHN DOES 1-25, | ) |
| | ) |
| Defendant. | ) |
| | ) |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF JOHN DOES 1, 2, 3, 4, 5, 6, 7, 8, 9 & 22 ONLY

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntary dismisses John Does 1, 2, 3, 4, 5, 6, 7, 8, 9 and 22 ("Defendants") from this action without prejudice. Defendants were assigned the IP addresses 107.4.77.244, 24.129.53.8, 67.190.201.217, 69.247.41.236, 71.200.223.109, 71.203.137.23, 76.106.224.107, 98.231.68.222, 98.231.71.93 and 209.131.242.75, respectively. For the avoidance of doubt, Plaintiff is not voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendants have neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: November 15, 2012          Respectfully submitted,

                                  By: /s/ *M. Keith Lipscomb*
                                  M. Keith Lipscomb (429554)
                                  klipsomb@lebfirm.com
                                  LIPSCOMB, EISENBERG & BAKER, PL
                                  2 South Biscayne Blvd.
                                  Penthouse 3800
                                  Miami, FL 33131
                                  Telephone: (786) 431-2228
                                  Facsimile:  (786) 431-2229
                                  *Attorneys for Plaintiff*

Civil Case No. <u>2:12-cv-00266-JES-DNF</u>

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of November, 2012, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF and on all of those parities receiving electronic notification via the Court's CM/ECF electronic filing.

By: /s/ *M. Keith Lipscomb*
M. Keith Lipscomb