UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MALIBU MEDIA LLC,

          Plaintiff,

vs.     Case No.   2:12-cv-266-FtM-29DNF

JOHN DOES 18, 24, and 25,

          Defendants.
_____

**ORDER**

This cause is before the Court on plaintiff's Notice of Voluntary Dismissal Without Prejudice of John Does 18, 24 and 25 (Doc. #59) filed on January 10, 2013.  No answers or motions for summary judgment have been filed by any of these remaining defendants as it does not appear that these defendants have been served, see Doc. #58.  As no defendants will remain after the dismissal, the Court will close the file.

Accordingly, it is now

**ORDERED AND ADJUDGED:**

Pursuant to Fed. R. Civ. P. 41(a)(1), John Does 18, 24, and 25 are **DISMISSED** without prejudice.  Finding no issues remain to be tried, the Clerk shall close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this __11th__ day of January, 2013.

                                                JOHN E. STEELE
                                                United States District Judge

Copies to: Parties of record